# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 02-00812ACK-BMK

CASE NAME:       Isu Sue Miller v. Full Spectrum Lending, Inc.

ATTYS FOR PLA:   Andrew S. Iwashita by phone

ATTYS FOR DEFT:  Patricia McHenry

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE:  | 09/18/2006      | TIME:     | 9:35 - 9:38 |

COURT ACTION:  EP: Status Conference Re Arbitration held on 09/18/2006 - parties have settled thru mediation.  Settlement documents being circulated.

Status Conference Re Dismissal set for 10/23/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager