# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00812ACK-BMK

CASE NAME:        Isu Sue Miller v. Full Spectrum Lending

ATTYS FOR PLA:    Andrew S. Iwashita by phone

ATTYS FOR DEFT:   Patricia McHenry

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/23/2006 | TIME: | 9:02 - 9:07 |

COURT ACTION:  EP: Status Conference Re Dismissal held on 10/23/2006.  Further Status Conference set for 11/6/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn Young, Courtroom Manager