# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00812ACK-BMK

CASE NAME:        Isu Sue Miller v. Full Spectrum Lending

ATTYS FOR PLA:    Andrew S. Iwashita

ATTYS FOR DEFT:   Patricia McHenry

INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   C6 no record

DATE:    11/06/2006              TIME:       9:06 - 9:11

COURT ACTION:  EP: Status Conference Re Dismissal held.  By 11/30/06, if a Stipulation for Dismissal has not been submitted, the court will file an Order for Dismissal Without Prejudice.

Submitted by Richlyn Young, Courtroom Manager