CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. McHENRY    #4267-0
1000 Bishop Street, 12th Floor
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Fax:  (808) 540-5057
E-mail:  pmchenry@cades.com

Attorney for Defendants

FULL SPECTRUM LENDING, INC.,
COUNTRYWIDE HOME LOANS,
INC., and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ISU SUE MILLER, Individually and as Trustee Under the Miller Living Trust Dated April 4, 1995,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC., COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and JOHN and MARY DOES 1-20, DOE PARTNERSHIPS, CORPORATIONS, OR OTHER ENTITIES 1-20,<br><br>Defendants. | CIV. NO. 02-00812 ACK-BMK<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff ISU SUE

MILLER, Individually and as Trustee Under the Miller Living Trust Dated April 4,

1995,("Plaintiff") and Defendants FULL SPECTRUM LENDING, INC.,

COUNTRYWIDE HOME LOANS, INC., and MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC., that all claims set forth in Plaintiff's

Complaint are hereby dismissed with prejudice with respect to all parties.  No

claims or parties remain.  There is no trial date.

This Stipulation is entered into and filed pursuant to Rule 41(a)(1)(ii)

of the Federal Rules of Civil Procedure and has been signed by counsel for all

parties who have made an appearance in this action.  Each party agrees to bear its

own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, November 27, 2006.

CADES SCHUTTE LLP

/s/ Patricia J. McHenry
Patricia J. McHenry
Attorney for Defendants FULL
SPECTRUM LENDING, INC.,
COUNTRYWIDE HOME LOANS,
INC., and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

/s/ George J. Zweibel
GEORGE J. ZWEIBEL

And

/s/ Andrew S. Iwashita
ANDREW S. IWASHITA

Attorneys for Plaintiff
ISU SUE MILLER, Individually and as
Trustee Under the Miller Living Trust
Dated April 4, 1995

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, November 28, 2006.

Alan C. Kay
Sr. United States District Judge