ORIGINAL

GEORGE J. ZWEIBEL, #7499
Law Office of George J. Zweibel
45-3590A Mamane Street
Honokaa, Hawaii, 96727
Telephone: (808) 775-1087
Facsimile: (808) 775-1089

ANDREW S. IWASHITA, AAL, ALC
ANDREW S. IWASHITA, #1778
77 Mohouli Street, Suite 1000
Hilo, Hawaii 96720
Telephone: (808) 935-6011
Facsimile: (808) 935-7030

JEAN CONSTANTINE-DAVIS, D.C. Bar No. 250084
NINA F. SIMON, D.C. Bar No. 256396
AARP Foundation Litigation
601 E Street NW
Washington, D.C. 20049
Telephone: (202) 434-2058 or 2059

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at 1 o'clock and 12 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ISU SUE MILLER, Individually and as Trustee Under the Miller Living Trust Dated April, 4, 1995,<br><br>                 Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC., COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and JOHN and MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS, OR | CIVIL NO. CV02-00812 ACK (BMK)<br><br>RELEASE OF NOTICE OF PENDENCY OF ACTION |

| | |
|---|---|
| OTHER ENTITIES 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## RELEASE OF NOTICE OF PENDENCY OF ACTION

Plaintiff, ISU SUE MILLER, hereby releases the Notice of Pendency of Action (NOPA) filed December 24, 2002, in Civil No. CV02-00812 ACK -BMK in the United States District Court for the District of Hawaii. The NOPA was recorded in the State of Hawaii Bureau of Conveyances on January 14, 2003 as Document No.R2003006100, affecting T.M.K. (1) 9-8-030-011.

DATED: Hilo, Hawaii, December 4, 2006

_____
ANDREW S. IWASHITA
Attorney for Plaintiff ISU SUE MILLER

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by mail at the U.S. Post Office in Hilo, Hawaii, postage prepaid, on December 4, 2006 to the following address:

>Patricia J. McHenry, Esq.
>CADES SCHUTTE
>1000 Bishop Street, Suite 1200
>Honolulu, HI 96813
>Attorney for Defendants FULL SPECTRUM LENDING, INC., COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

DATED: Hilo, Hawai`i, December 4, 2006

_____
ANDREW S. IWASHITA